UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE LANDS COUNCIL, a Washington nonprofit corporation, HELLS CANYON PRESERVATION COUNCIL, an Oregon nonprofit corporation, OREGON NATURAL RESOURCES COUNCIL, an Oregon nonprofit corporation, and SIERRA CLUB, a California nonprofit corporation, | NO. CV-06-0229-LRS |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' PRELIMINARY INJUNCTION IN PART |
| v. | |
| KEVIN MARTIN, Forest Supervisor of the Umatilla National Forest, and the UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture, | |
| Defendants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL, an Oregon corporation; BOISE BUILDING SOLUTIONS MANUFACTURING, LLC, a Washington limited liability company; and Dodge Logging, Inc., an Oregon corporation, | |
| Defendant-Intervenors. | |

Pursuant to the judgment of the Ninth Circuit Court of Appeals

ORDER ~ 1

1  filed and entered on February 12, 2007, the captioned matter has been

2  remanded to this court with instructions to grant immediately a

3  preliminary injunction with respect to Plaintiffs' claim under the

4  National Forest Management Act ("NFMA").  The Defendants are

5  prohibited from logging any "live tree" ≥21 inches diameter at breast

6  height that currently exist in the three timber sales areas (Milly,

7  Oli, and Sun Salvage).  No tree of the requisite size with green

8  needles shall be harvested in the three sales areas.  Accordingly,

9      **IT IS ORDERED**:

10     1.  Plaintiffs'  Motion  for  Temporary  Restraining  Order and

11 Preliminary Injunction, Ct. Rec. 2, filed August 16, 2006 is **GRANTED in**

12 **part** with respect to the NFMA claim.

13     **2.**  Defendant Forest Service shall not harvest from the three timber

14 sales areas any "live tree," ≥21 inches diameter at breast height.  This

15 includes any tree of requisite size with green needles or that is not yet

16 dead.

17     **IT IS SO ORDERED.**  The District Court Executive is directed to enter

18 this Order and provide copies to counsel.

19     **DATED** this 14th day of February, 2007.

20
                    *s/Fred Van Sickle for Lonny R. Suko*
21
                    _____
                         LONNY R. SUKO
22                  United States District Judge

23

24

25

26


ORDER ~ 2