# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

THE LANDS COUNCIL, a Washington nonprofit corporation, et al.,

                Plaintiffs,

                v.

KEVIN MARTIN, Forest Supervisor of the Umatilla National Forest, et al.,    Defendants,
AMERICAN FOREST RESOURCE COUNCIL, an Oregon corporation, et al.,

                Defendant-Intervenors.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-0229-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants and Defendant-Intervenors consistent with the Order Denying Plaintiff' Motion for Summary Judgment and Granting Defendants' Motions for Summary Judgment (Ct. Rec. 215) filed on September 18, 2007.

| | |
|---|---|
| September 18, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |